

New York's 529
College Savings Program
*Direct Plan*
PO Box 55440
Boston, MA  02205-8323

**Questions?**

☎ **Education Resource Center:** 1-877-697-2837
Monday through Friday
8:00 a.m. to 9:00 p.m. Eastern time.

✉ **Email Education Resource Center:**
NY529@nysaves.org

💻 **Internet Access at:**
www.nysaves.org

**Learn About Upromise at:**
www.nysaves.org/upromise



MARK W SCHILDWACHTER
1956 BALDWIN RD
YORKTOWN HEIGHTS NY 10598-4008

# Account Statement

**Statement Period**
April 1, 2011 - June 30, 2011

| Account Owner | Beneficiary | Account # | Account Type |
|---|---|---|---|
| Mr. MARK W SCHILDWACHTER | J'  S | 373871230-01 | Individual 529 |

Discover the ease and convenience of making a qualified withdrawal online. Simply log on to your account at www.nysaves.org; then follow the steps to send money to the account owner, the account beneficiary, or directly to the school. Once online you can also check your balance, make account changes, schedule contributions, and view your statements and confirmations.

**Statement Summary**

| | Statement Totals | Year-to-date Totals |
|---|---|---|
| **Account Balance Period Beginning** (04/01/2011) | | $2,751.04 |
| **Account Balance Period Ending** (06/30/2011) | | $2,935.46 |
| **Current Year Contributions - Account Owner Check** | $155.00 | $430.00 |
| **Current Year Contributions - All Sources** | $155.00 | $430.00 |

**Investment Summary**

| Portfolio Name | Units | Unit Price | Value |
|---|---|---|---|
| Moderate Age-Based Option: Moderate Growth Portfolio | 194.7881 | 15.07 | $2,935.46 |
| | Total Portfolio Net Worth: | | $2,935.46 |
| | Principal: | | $2,597.16 |
| | Earnings: | | $338.30 |