UNITES STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x

                                                          Chapter 13

In re:

                                                          Case No. 11-23505 (RDD)

**Mark Schildwachter**

                                         Debtor
-------------------------------------------------------------------------------- x

## ORDER DISMISSING CHAPTER 13 CASE

      Upon the request of the above debtor, Mark Schildwachter, for an order under 11 U.S.C. § 1307 dismissing this chapter 13 case; and this case not having been previously converted from a case under another chapter of the Bankruptcy Code, it is hereby

      ORDERED that this chapter 13 case is dismissed.

Dated: White Plains, New York
       August 11, 2011

                                                                           _/s/ Robert D. Drain_____
                                                                           Honorable Judge Robert D. Drain
                                                                           United States Bankruptcy Judge