**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Mark Schildwachter                              CASE NO.: 11–23505–rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 13
xxx–xx–2794

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Mark Schildwachter was dismissed from the case on August 11, 2011 .


Dated: August 11, 2011                                 Vito Genna
                                                       Clerk of the Court